NOTICE OF TRIAL BY COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**RONALD CRESSY**

      v.                                      Case No: 2:12-cv-00262-wks

**KEVIN PROCTOR**

**TAKE NOTICE** that the above-entitled case has been scheduled to begin at 9:00 a.m. on Monday, April 27, 2015, and continue through Friday, May 1, 2015, at Burlington, Vermont, before the Honorable William K. Sessions III, District Judge, for a Trial by Court.

**Location: Courtroom 542**                                        JEFFREY S. EATON, Clerk
**Date of Notice: 2/6/2015**

                                                                            By /s/Joanne A. Muir
                                                                             Deputy Clerk

**TO:**

**Devin McLaughlin, Esq.**

**Richard T. Cassidy, Esq.**

**Court Reporter**