| SINCE 1960 | **Langrock Sperry & Wool, LLP** | | Kevin E. Brown | Erin Miller Heins |
| --- | --- | --- | --- | --- |
| | ATTORNEYS AT LAW | | Frank H. "Fritz" Langrock | Hobart F. Popick |
| | | | F. Rendol Barlow | |
| | | | Devin McLaughlin | |
| | | | Lisa B. Shelkrot | |
| Peter F. Langrock | William B. Miller, Jr. | Thomas Z. Carlson | Eric M. Knudsen | |
| Mark L. Sperry | Christopher L. Davis | Susan M. Murray | David W. M. Conard | |
| Michael W. Wool | James W. Swift | Alison J. Bell | Sarah Gentry Tischler | Cara L. Cookson |
| Ellen Mercer Fallon | Emily J. Joselson | Mitchell L. Pearl | Wanda I. Otero | Michele B. Patton |

November 20, 2012

Jeffrey Eaton, Clerk
United States District Court
for the District of Vermont
PO Box 945
Burlington, VT 05402-0945

Re: Ronald Cressy v. Kevin Proctor

Dear Jeffrey:

Enclosed please find the following for filing with the Court:

1. Civil Cover Sheet;
2. Complaint; and
3. Summons.

Once the Complaint has been docketed, please return a copy of the docketed Complaint and the Summons (which has been signed by the Clerk) for personal service upon the Defendant.

Also enclosed is our firm's check in the amount of $350 for the filing fee. Please call if you have any questions. Thanks.

---

LANGROCK SPERRY & WOOL, LLP
MIDDLEBURY, VERMONT 05753

**97906**

| ACCOUNT NO. 001735 | | VENDOR  U S DISTRICT COURT | | CHECK NO. 97906 | |
| --- | --- | --- | --- | --- | --- |
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | 109782-1 Quick Check Batch 7752 | 11/20/2012 | 350.00 | 350.00 | 0.00 |
| | | | | CHECK TOTAL | 350.00 |

SAFEGUARD 800-346-7550    UCS#700930

# Invoice

**CALEDONIA COUNTY SHERIFF'S DEPARTMENT**
1126 MAIN STREET, SUITE 2
SAINT JOHNSBURY, VT 05819
(802) 748-6666

| DATE | INVOICE # |
|---|---|
| 12/4/2012 | 43452 |

**BILL TO:**

Langrock, Sperry & Wool
P O Box 721
Burlington, VT 05402-0721

*[Stamp: LANGROCK SPERRY & WOOL, LLP / P O DRAWER 351 / DEC 10 2012 / 111 SOUTH PLEASANT STREET / MIDDLEBURY, VT 05753-0351]*

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| 1288/12 | Due upon receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Civil Process Service Ronald Cressy v Kevin Proctor, served 12/3/2012 | 50.00 | 50.00 |
| 100 | Civil Mileage rate 2012 | 0.555 | 55.50 |
| 1 | Postage Expense | 0.45 | 0.45 |
| 1 | Copy Fees | 2.00 | 2.00 |

**Please make check payable to:**
**CALEDONIA COUNTY SHERIFF'S**

| | |
|---|---|
| **TOTAL** | $107.95 |
| **Balance Due** | $107.95 |

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| Ronald Cressy | ) | |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. 2:12-cv-262 |
| v. | ) | |
| Kevin Proctor | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Tricia Proctor

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Gensburg, Atwell & Greaves, PLLC  364 Railroad Street, St. Johnsbury, VT | Date and Time: 11/06/2013 1:00 pm |
|---|---|

The deposition will be recorded by this method: Court Reporter transcription

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/16/2013

CLERK OF COURT   OR   _____
                                                  *Attorney's signature*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Ronald Cressy, who issues or requests this subpoena, are:

Devin McLaughlin, Esq.
Langrock Sperry & Wool, LLP
PO Drawer 351, Middlebury, VT 05753 (802) 388-6356

**CALEDONIA COUNTY SHERIFF'S DEPARTMENT**
Dean Shatney, SHERIFF
1126 Main Street, Suite 2
St. Johnsbury, Vermont 05819
Phone 802.748.6666
Fax 802.748.1684

# RETURN OF SERVICE

Case Name: __Tricia Proctor__          Docket: __1241/13__

On the __17th__ day of __October__ @5:50 PM, 2013, I made service of the following document(s) upon __Tricia Proctor__ by:

- Delivering a true copy of same to __Tricia Proctor__ at __1400 US-2B St. Johnsbury, VT__
- By leaving a true copy thereof at his/her dwelling house (or usual place of abode) at the address _____ in the town of _____ with _____ a person of suitable age and discretion then residing therein.

____ Summons
____ Complaint
____ Motion for _____
____ Notice of Hearing
____ Order of _____
____ Parentage Package
____ Final Order Dated _____
____ Copy of _____
____ Small Claims _____
____ Schedule _____
____ Affidavit _____

____ Writ of Attachment
____ Writ of Possession

Service Fee        $50.00
10 Miles           $5.65
Postage            $.46
Form Fee           $2.00

**Total Invoice**  $58.11

Prepaid check      $_____

Balance Due or (Refund) $_____

Attest: _Larry Stewart_
Deputy Sheriff

A True Copy, Attest: Deputy Sheriff
10/17/13 @ 5:50 PM - Served

# Invoice

**CALEDONIA COUNTY SHERIFF'S DEPARTMENT**
1126 MAIN STREET, SUITE 2
SAINT JOHNSBURY, VT 05819
(802) 748-6666

| DATE | INVOICE # |
|---|---|
| 3/18/2015 | 46711 |

**BILL TO:**

Langrock, Sperry & Wool
P O Box 721
Burlington, VT 05402-0721



LANGROCK SPERRY & WOOL, LLP
P.O. DRAWER 351

MAR 24 2015

111 SOUTH PLEASANT STREET
MIDDLEBURY, VT 05753-0351

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| 289/15 | Due upon receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Civil Process Service of Subpoena to Tricia Proctor, 3/3/17/2015 | 50.00 | 50.00 |
| 20 | Civil Mileage rate 2015 | 0.575 | 11.50 |
| 1 | Postage Expense | 0.48 | 0.48 |
| 1 | Copy Fees | 5.00 | 5.00 |

**Please make check payable to:**
**CALEDONIA COUNTY SHERIFF'S DEPT.**

**TOTAL** $66.98

**Balance Due** $66.98

Chittenden County Sheriff's Department
Kevin M. McLaughlin, Sheriff
P.O. Box 1426
Burlington, VT 05402

802-863-4341

**Bill To**

Langrock Sperry & Wool
P.O. Box 721
Burlington, VT 05402-0721

**Invoice**

| Date | Invoice # |
|---|---|
| 3/31/2015 | 15-03-334 |
| Due Date | 4/30/2015 |

| Terms |
|---|
| Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Civil Papers Served | 50.00 | 50.00 |
| 10 | Civil Mileage | 0.575 | 5.75 |
| 1 | Postage | 0.48 | 0.48 |
|  | Service upon Christopher Gibson |  |  |

LANGROCK SPERRY & WOOL, LLP
P.O. DRAWER 351

APR – 2 2015

111 SOUTH PLEASANT STREET
MIDDLEBURY, VT 05753-0351

There will be a $2.00 rebilling fee for all invoices open over 30 days.

All checks are to be made payable to the Chittenden County Sheriff's Dept.

| Phone # |
|---|
| 802-863-4341 |

**Total** $56.23

**Payments/Credits** $0.00

**Balance Due** $56.23

# CHITTENDEN COUNTY SHERIFF'S DEPARTMENT
## P.O. BOX 1426
## BURLINGTON, VERMONT 05402

### RETURN OF SERVICE

On the **30** day of **MARCH**, 20**15** I made service of the following document(s) upon the defendant **Christopher Gibson**

- ☐ Summons
- ☐ Complaint
- ☐ Motion(s)
- ☐ Affidavit
- ☐ Summons to Trustee
- ☐ List of Exemptions
- ☐ Trustee Disclosure Under Oath
- ☐ Order to Escrow Rent
- ☐ Notice to Vacate
- ☒ Subpoena - Witness fees of _____
- ☐ _____
- ☐ _____
- ☐ _____

- ☐ Interrogatories
- ☐ Exhibit(s)
- ☐ Writ of Possession
- ☐ Judgment Order
- ☐ Order _____
- ☐ Memorandum of Law
- ☐ Notice of Hearing _____
- ☐ Writ of Attachment
- ☐ Recognizance

☐ by delivering a copy of the same to the defendant.
☒ by delivering a copy of the same to **Christopher Gibson**
☐ a person of suitable age and discretion and then and there a resident at the usual place of abode of said defendant.
☒ At **64 Harvest Ln    Williston**
Vermont, (for each of them) a copy thereof with my return endorsed thereon.

Service ____/____ Copies $ 50.00
Travel ____/____ Miles 5.25
Postage _____ .48
Copying _____ Copies _____
Town Clerk _____ Pages _____
Notary Fee _____
Other _____

TOTAL $ 56.23

LT DANIEL GAMELIN
DEPUTY SHERIFF
Sheriff/Deputy Sheriff

**Court Reporters Associates**
148 College Street, 2nd Floor
Burlington, VT 05401
Phone: 802-862-4593
Fax: 802-862-4752



Devin McLaughlin
Langrock, Sperry & Wool, LLP (M)
111 South Pleasant Street
P.O Drawer 351
Middlebury, VT 05753-0351

# Invoice #16913

| Date | Terms |
|---|---|
| 09/06/2013 | Net 30 |

| Assignment | Number | Personnel | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 08/28/2013 | 14165 | Masse, Johanna RMR, CRR | 09/06/2013 | E-Mail |
| **Billing Reference** | | **Case** | | |
| | | Ronald Cressy vs. Kevin Proctor | | |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript of Roland Bixby** | | | |
| Appearance Fee | $ 90.00 | 1.00 | $ 90.00 |
| O&1: E-Tran for copy (42 Pages) | $ 3.65 | 1.00 | $ 153.30 |
| | | | $ 243.30 |
| Delivery - Original sent to your office | | | $ 3.90 |
| | | | $ 3.90 |

Amount Due: $ 247.20
Paid: $ 0.00

| Balance Due: | $ 247.20 |
|---|---|
| Payment Due: | 10/06/2013 |

If you would like to receive your future invoices by email, just contact our office.

TAX ID # 56-2624137   (CRA of Vermont, Inc.)
Please make check payable to CRA of Vermont, Inc or Court Reporters Associates.
THANK YOU FOR YOUR BUSINESS

LANGROCK SPERRY & WOOL, LLP
P O DRAWER 351

SEP 11 2013

111 SOUTH PLEASANT STREET
MIDDLEBURY, VT 05753-0351

# Invoice

**Joann M. Walsh, RPR**
PO Box 7
Bridport, Vermont 05734
802.989.1124
JoannWalshRPR@gmail.com

| DATE | INVOICE # |
|---|---|
| 9/20/2013 | 1324 |

| BILL TO |
|---|
| Devin McLaughlin, Esquire |
| Langrock Sperry & Wool, LLP |
| 111 S. Pleasant Street |
| Middlebury, VT 05753 |

| DUE DATE |
|---|
| 10/20/2013 |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Caption | In re: Ronald Cressy v Kevin Proctor | 0.00 |
| | | 0.00 |
| Witness | Traci Wilson-Kleekamp | 0.00 |
| | | 0.00 |
| E-Tran | September 13, 2013 E-Tran copy of Traci Wilson-Kleekamp deposition taken in Burlington. | 65.25 |
| | | 0.00 |
| Exhibits | No Exhibits marked. | 0.00 |
| | | 0.00 |
| Postage & Handling | Original sent to Attorney Cassidy for signature. | 0.00 |
| EIN# 20-2322427 Thank you for your business. | **Total** | **65.25** |

# Invoice

Joann M. Walsh, RPR
PO Box 7
Bridport, Vermont 05734
802.989.1124
JoannWalshRPR@gmail.com

| DATE | INVOICE # |
|---|---|
| 10/8/2013 | 1332 |

**BILL TO**
Devin McLaughlin, Esquire
Langrock Sperry & Wool, LLP
111 S. Pleasant Street
Middlebury, VT 05753

| DUE DATE |
|---|
| 11/7/2013 |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Caption | In re: Ronald Cressy v Kevin Proctor | 0.00 |
|  |  | 0.00 |
| Witness | Judy Cashman and Janet Morrison | 0.00 |
|  |  | 0.00 |
| E-Tran | September 23, 2013 E-tran copies of Judy Cashman and Janet Morrison depositions taken in Burlington. | 95.70 |
|  |  | 0.00 |
| Exhibits | Exhibits A - D scanned and attached | 7.50 |
|  |  | 0.00 |
| Postage & Handling | Originals sent to Attorney McLaughlin for read and sign | 0.00 |
| EIN# 20-2322427 Thank you for your business. | Total | 103.20 |

**Court Reporters Associates**
148 College Street, 2nd Floor
Burlington, VT 05401
Phone: 802-862-4593
Fax: 802-862-4752



Devin McLaughlin
Langrock, Sperry & Wool, LLP (M)
111 South Pleasant Street
P.O Drawer 351
Middlebury, VT 05753-0351

# Invoice #17123

| Date | Terms |
|---|---|
| 11/11/2013 | Net 30 |

| Assignment | Number | Personnel | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/01/2013 | 14311 | Wright, RPR, Karen L. | 11/11/2013 | E-Mail |

| Billing Reference | Case |
|---|---|
|  | Ronald Cressy vs. Kevin Proctor |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript of Ronald Cressy** |  |  |  |
| Copy Transcript - Etran (224 Pages) | $ 1.50 | 1.00 | $ 336.00 |
| Scanned Exhibits (57 Units) | $ 0.15 | 1.00 | $ 8.55 |
|  |  |  | $ 344.55 |
| Delivery - Original transcript sent to your office |  |  | $ 7.16 |
|  |  |  | $ 7.16 |

Amount Due: $ 351.71
Paid: $ 0.00

| Balance Due: | $ 351.71 |
|---|---|
| Payment Due: | 12/11/2013 |

If you would like to receive your future invoices by email, just contact our office.

TAX ID # 56-2624137  (CRA of Vermont, Inc.)
Please make check payable to CRA of Vermont, Inc or Court Reporters Associates.
THANK YOU FOR YOUR BUSINESS

**Court Reporters Associates**
148 College Street, 2nd Floor
Burlington, VT 05401
Phone: 802-862-4593
Fax: 802-862-4752



Devin McLaughlin
Langrock, Sperry & Wool, LLP (M)
111 South Pleasant Street
P.O Drawer 351
Middlebury, VT 05753-0351

# Invoice #17132

| Date | Terms |
|---|---|
| 11/15/2013 | Net 30 |

| Assignment | Number | Personnel | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/04/2013 | 14312 | Wright, RPR, Karen L. | 11/15/2013 | E-Mail |
| **Billing Reference** | | **Case** | | |
| | | Ronald Cressy vs. Kevin Proctor | | |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript of Kevin Proctor** | | | |
| Appearance Fee | $ 150.00 | 1.00 | $ 150.00 |
| O&1: E-Tran for copy (204 Pages) | $ 3.65 | 1.00 | $ 744.60 |
| | | | $ 894.60 |

Amount Due: $ 894.60
Paid: $ 0.00

| Balance Due: | $ 894.60 |
|---|---|
| Payment Due: | 12/15/2013 |

If you would like to receive your future invoices by email, just contact our office.

TAX ID # 56-2624137   (CRA of Vermont, Inc.)
Please make check payable to CRA of Vermont, Inc or Court Reporters Associates.
THANK YOU FOR YOUR BUSINESS

**Court Reporters Associates**
148 College Street, 2nd Floor
Burlington, VT 05401
Phone: 802-862-4593
Fax: 802-862-4752



Devin McLaughlin
Langrock, Sperry & Wool, LLP (M)
111 South Pleasant Street
P.O Drawer 351
Middlebury, VT 05753-0351

# Invoice #17134

| Date | Terms |
|---|---|
| 11/15/2013 | Net 30 |

| Assignment | Number | Personnel | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/06/2013 | 14320 | Wright, RPR, Karen L. | 11/15/2013 | E-Mail |
| **Billing Reference** | | **Case** | | |
| | | Ronald Cressy vs. Kevin Proctor | | |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript of Tricia Proctor** | | | |
|    Appearance Fee | $ 90.00 | 1.00 | $ 90.00 |
|    O&1: E-Tran for copy (47 Pages) | $ 3.65 | 1.00 | $ 171.55 |
| | | | $ 261.55 |
| Delivery - Original transcript sent to your office | | | $ 6.05 |
| | | | $ 6.05 |

| | |
|---|---|
| Amount Due: | $ 267.60 |
| Paid: | $ 0.00 |

| Balance Due: | $ 267.60 |
|---|---|
| Payment Due: | 12/15/2013 |

**If you would like to receive your future invoices by email, just contact our office.**

TAX ID # 56-2624137   (CRA of Vermont, Inc.)
Please make check payable to CRA of Vermont, Inc or Court Reporters Associates.
THANK YOU FOR YOUR BUSINESS

# Invoice

Joann M. Walsh, RPR
PO Box 7
Bridport, Vermont 05734
802.989.1124
JoannWalshRPR@gmail.com

| DATE | INVOICE # |
|---|---|
| 12/13/2014 | 1366 |

| BILL TO |
|---|
| Devin McLaughlin, Esquire |
| Langrock Sperry & Wool, LLP |
| 111 S. Pleasant Street |
| Middlebury, VT 05753 |

| DUE DATE |
|---|
| 1/12/2015 |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Caption | In re: Ronald Cressy v Kevin Proctor | 0.00 |
|  |  | 0.00 |
| Witness | Richard W. Heaps | 0.00 |
|  |  | 0.00 |
| E-Tran | December 8, 2014 - E-Tran copy of Richard W. Heaps deposition taken in Middlebury, Vermont. | 127.60 |
|  |  | 0.00 |
| Exhibits | Exhibits A and B scanned and attached | 0.00 |
|  |  | 0.00 |
| Postage & Handling | Original delivered to Attorney McLaughlin for read and sign | 0.00 |
| EIN #20-232427 Thank you for your business. | Total | 127.60 |

# Langrock Sperry & Wool, LLP
## ATTORNEYS AT LAW

SINCE 1960

Erin Miller Heins
Hobart F. Popick
John L. Kellner

| | | | | |
|---|---|---|---|---|
| Peter F. Langrock | Christopher L. Davis | Alison J. Bell | Devin McLaughlin | |
| Mark L. Sperry | James W. Swift | Mitchell L. Pearl | Lisa B. Shelkrot | Michele B. Patton |
| Michael W. Wool | Emily J. Joselson | Kevin E. Brown | Eric M. Knudsen | Katherine B. Kramer |
| Ellen Mercer Fallon | Thomas Z. Carlson | Frank H. "Fritz" Langrock | Sarah Gentry Tischler | Manisha Munshi |
| William B. Miller, Jr. | Susan M. Murray | F. Rendol Barlow | Wanda Otero-Weaver | Sasha C. Conroy |

Photocopies for trial exhibits. All photocopies are charged at $.10 per page.

TOTAL PHOTOCOPYING COST: $88.40

REPLY TO: Middlebury Office • WEBSITE: www.langrock.com • EMAIL: attorneys@langrock.com

MIDDLEBURY: 111 S. Pleasant Street, P.O. Drawer 351, Middlebury, VT 05753-0351 • (802) 388-6356 • Fax: (802) 388-6149
BURLINGTON: 210 College Street, P.O. Box 721, Burlington, VT 05402-0721 • (802) 864-0217 • Fax: (802) 864-0137

A Limited Liability Partnership Including a Professional Corporation

# Langrock Sperry & Wool, LLP
## ATTORNEYS AT LAW
SINCE 1960

| | | | | |
|---|---|---|---|---|
| Peter F. Langrock | Christopher L. Davis | Alison J. Bell | Devin McLaughlin | David W. M. Conard |
| Mark L. Sperry | James W. Swift | Mitchell L. Pearl | Lisa B. Shelkrot | (1961 – 2013) |
| Michael W. Wool | Emily J. Joselson | Kevin E. Brown | Eric M. Knudsen | |
| Ellen Mercer Fallon | Thomas Z. Carlson | Frank H. "Fritz" Langrock | Sarah Gentry Tischler | Michele B. Patton |
| William B. Miller, Jr. | Susan M. Murray | F. Rendol Barlow | Wanda Otero-Weaver | Katherine B. Kramer |
| | | | Erin Miller Heins | James T. DeWeese |
| | | | Hobart F. Popick | Manisha Munshi |
| | | | John L. Kellner | |

March 13, 2015

Dean Shatney, Sheriff
Caledonia County Sheriff's Department
1126 Main Street, Suite 2
St. Johnsbury, VT 05819

Re: Service upon Tricia Proctor

Dear Sheriff Shatney:

Enclosed please find an original and a copy of Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action for service upon Tricia Proctor, along with a check made payable to Tricia Proctor for her appearance fee and mileage. To the best of our knowledge, Ms. Proctor resides at 1400 U.S. Route 2B in St. Johnsbury. Her telephone number to contact her if that will help facilitate service is: (802) 461-5431. Once service has been effected, please return the original documents, along with your Return of Service, and we will see that you are promptly paid. Please call if you have any questions.

Yours truly,

Devin McLaughlin

106569

LANGROCK SPERRY & WOOL, LLP
MIDDLEBURY, VERMONT 05753

| ACCOUNT NO. | VENDOR | | CHECK NO. 106569 | |
|---|---|---|---|---|
| 013225 | TRICIA PROCTOR | | | |
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | 109782-1 | 03/12/2015 | 128.55 | 128.55 | 0.00 |
| | 109782-1 CRESSY DM/LF | | | | |
| | | | CHECK TOTAL | 128.55 | |

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| Ronald Cressy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:12-cv-262 |
| Kevin Proctor | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Tricia Proctor

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>11 Elmwood Avenue, PO Box 945<br>Burlington, VT | Courtroom No.: 542 |
|---|---|
| | Date and Time: 04/27/2015 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/13/15

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Ronald Cressy
_____, who issues or requests this subpoena, are:

Devin McLaughlin, Esq.
Langrock Sperry & Wool, LLP, PO Drawer 351, Middlebury, VT 05753 (802) 388-6356

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:12-cv-262

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Tricia Proctor _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:



15025 11/8 $45.65